-IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| **CLIFFORD EARL COWART,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION NO. 7:03-CV-139 (HL) |
| **Captain GONZALES,** *et. al.* : | |
| Defendants. : | |

**O R D E R**

Presently pending in this § 1983 action brought by a state prisoner who is proceeding *pro se* is a document which he has styled "Motion Federal Rule Civil Procedure Rule 38(a) Rule 73(b)." Although this document does not show that it has been served on any defendant as required by Federal Rule of Civil Procedure 8(d) the court will address the contents of the document. The court assumes that the reference to Rule 38(a) is a demand for a trial by jury on all triable issues. The undersigned hereby advises plaintiff that if his complaint survives a case dispositive motion filed by the defendants, either a motion to dismiss the complaint or a motion for summary judgment, the remaining issues will be tried by a jury.

The plaintiff also states as is his prerogative pursuant to Rule 73(b) that he does not consent to the undersigned disposing of his case rather than the district judge. Plaintiff is however advised that all prisoner cases are automatically referred to a full time magistrate judge who will enter orders on nondispositive motions such as this one. Further the undersigned will enter a written report and recommendation as to any case dispositive motion which will then be considered by the district judge who will either adopt, reject or modify the report and

recommendation.  Should any of the issues in this case survive a dispositive recommendation and action thereon by the district judge then that issue will be tried by a jury and the district judge will preside over that trial.  In light of the above explanations, to the extent that the document filed by the plaintiff is docketed as a motion, the same is hereby **DENIED.**

    SO ORDERED, this 22nd day of September 2005.


                                            /s/ Richard L. Hodge
                                            RICHARD L. HODGE
                                            UNITED STATES MAGISTRATE JUDGE