**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| CLIFFORD EARL COWART, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:03-CV-139(HL) |
| CAPTAIN GONZALES, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 92) filed November 27, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 97) filed December 21, 2007 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 9th day of January, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**