IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | : | |
|---|---|---|
| **CLIFFORD EARL COWART,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:03-CV-139 (HL) |
| | : | |
| **Captain GONZALES, et al,** | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 116) filed May 16, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the plaintiff to the Magistrate Judge's Recommendation (Doc. 117) filed June 9, 2008 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 3rd day of June, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**