# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CLIFFORD EARL COWARD,**

    **Plaintiff,**

    v.

**CAPTAIN GONZALES, et al.,**

    **Defendants.**

Civil Action No.
7:03-CV-139 (HL)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 138), which recommends granting Defendants' Motion for Summary Judgment (Doc. 119). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

**SO ORDERED**, this the 31st day of March, 2009.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, Judge**

wjc