**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **CLIFFORD EARL COWARD,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 7:03-CV-139 (HL) |
| : | |
| **CAPTAIN GONZALES, et al.,** : | |
| : | |
| Defendants. : | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 150), which recommends granting Defendant Darrell Hart's Motion for Summary Judgment (Doc. 133). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 10th day of August, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc